BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00064-KJN |
| ) | |
| Plaintiff, ) | ORDER VACATING COURT TRIAL AND |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | SETTING A CHANGE OF PLEA |
| ) | |
| DAGOBERTO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | DATE:  June 30, 2014 |
| ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the court trial scheduled for June 30, 2014, at 9:00 a.m., and the trial confirmation hearing scheduled for June 11, 2014, at 9:00 a.m., are vacated.  It is further ordered that a change of plea hearing is set for June 25, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 4, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1